IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

JONATHAN CORNELIUS GLENN,       )
                                )
            Plaintiff,          )
                                )
      v.                        )       CV 111-064
                                )
LEE PRESCOTT, et al.,           )
                                )
            Defendants.         )
                          _____

**O R D E R**
                          _____

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed. Accordingly,

the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of

the Court. Therefore, Plaintiff's "Motion Objecting to Richmond County Jail Revision to

the Inmate Handbook Manual" and motion for a preliminary injunction are **DENIED**. (Doc.

nos. 8, 9.)

SO ORDERED this 16th day of August, 2011, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA